Erik F. Stidham (ISB #5483) (Admitted pro hac vice)
Robert A. Faucher (ISB #4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Email: efstidham@hollandhart.com
 rfaucher@hollandhart.com

Engels Tejeda (#11427)
Ben Passey (#19324)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
Email: ejtejeda@hollandhart.com
 bdpassey@hollandhart.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy Case No.: 24-23530 WTT<br>Chapter 7<br><br>Honorable William T. Thurman |
| ST. LUKE'S HEALTH SYSTEM, LTD.,<br>ST. LUKE'S REGIONAL MEDICAL CENTER, LTD.,<br>CHRIS ROTH,<br>NATASHA D. ERICKSON, M.D., and<br>TRACY W. JUNGMAN, NP,<br><br>Plaintiffs,<br><br>v.<br><br>AMMON EDWARD BUNDY,<br><br>Defendant. | Adversary Proceeding<br>No.: 24-02130 |

**DECLARATION OF ROBERT A. FAUCHER UNDER LOCAL RULE 7055-1(a) FOR ENTRY OF CLERK'S CERTIFICATE OF DEFAULT**

I, Robert A. Faucher, declare and state as follows:

1. I am a partner in the Boise office of Holland & Hart LLP and am duly licensed to practice law in the State of Idaho. I have been admitted to this Court pro hac vice in connection with the above-referenced bankruptcy case and adversary proceeding.

2. I am one of the attorneys of record for the plaintiffs identified in the above adversary proceeding caption (collectively, the "St. Luke's Creditors").

3. I make this declaration of my own personal knowledge to satisfy the requirements of Local Rule 7055-1(a) to obtain a clerk's certificate of default against debtor-defendant Ammon Edward Bundy.

4. The St. Luke's Creditors filed their Complaint to Determine Nondischargeability of Debt in this adversary proceeding on October 15, 2024. Docket no. 1. The clerk issued the summons on that same day.

5. Debtor is proceeding pro se in his bankruptcy case. Accordingly, there was no attorney of record for debtor-defendant in the adversary proceeding.

6. Debtor-defendant's address of record in this bankruptcy case is: P.O. Box 1062, Cedar City, Utah 84721.

7. As reflected at docket nos. 2 and 3, the Clerk of this Court gave the debtor-defendant notice at his address of record that a complaint objecting to his bankruptcy discharge had been filed against him.

8. As reflected in docket no. 4, the St. Luke's Creditors caused Beehive Attorney Service to serve the summons and complaint on debtor-defendant at his post office box address

of record on or about October 18, 2024 by USPS priority mail with tracking number 9405511206205452233113.

9. Attached hereto as **Exhibit A** is true and correct copy of the USPS tracking results for 9405511206205452233113, showing that the package reached Mr. Bundy's post office box.

10. In an abundance of caution, the St. Luke's Creditors provided service and notice of the summons and complaint by e-mail as well.

11. Specifically, I e-mailed the summons, the complaint and a cover e-mail to debtor-defendant at two of his e-mail addresses on October 16, 2024. Those e-mail addresses are: aebundy@bundyfarms.com and aebundy@msn.com. Debtor-defendant regularly uses the first e-mail address in communicating with my partner Erik Stidham and me. I often transmit documents to debtor-defendant at the second address also, although I have never received an e-mail back from debtor-defendant from that address. So far as I am aware, my e-mail transmissions to debtor-defendant were successful. I did not receive a bounce-back in response to my e-mails. I filed a certificate of service with respect to my e-mail service at docket no. 6 in the adversary proceeding.

12. At my direction, my paralegal Brandi Soares conducted a search on Ammon Bundy at the website https://scra.dmdc.osd.mil/scra/#/login?returnUrl=%2Fsingle-record to determine if debtor-defendant is entitled to the benefits of the Servicemembers Civil Relief Act (the "SCRA"). Debtor-defendant is not entitled to the benefits of the SCRA because he is not on active duty. A true and complete copy of the status report certificate that Ms. Soares obtained is attached as **Exhibit B**.

13.     Debtor was obligated to answer or otherwise respond to the complaint on November 14, 2024. As of the date hereof, November 21, 2024, Debtor has failed to plead or otherwise respond to the complaint.  Accordingly, under Bankruptcy Rule 7055 and Fed. R. Civ. P. 55(a), "the clerk must enter [Debor's] default."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of November, 2024.

/s/ Robert A. Faucher
Robert A. Faucher

## CERTIFICATE OF SERVICE

I hereby certify that on this 21th day of November, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

U.S. Trustee – trusttee@mbt-law.com

A copy of said documents were also sent this date as detailed below:

By U.S. First Class Mail with postage prepaid to:

Ammon E. Bundy
P.O. Box 1062
Cedar City, UT 84721

By email to:

Ammon E. Bundy
aebundy@bundyfarms.com

*/s/ Engels J. Tejeda*
Engels J. Tejeda
of Holland & Hart LLP

5

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9405511206205452233113

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to a parcel locker at 10:17 am on October 21, 2024 in CEDAR CITY, UT 84720.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Parcel Locker**
CEDAR CITY, UT 84720
October 21, 2024, 10:17 am

**Arrived at Post Office**
CEDAR CITY, UT 84720
October 21, 2024, 3:46 am

**Arrived at USPS Facility**
CEDAR CITY, UT 84720
October 21, 2024, 2:41 am

**In Transit to Next Facility**
October 20, 2024, 8:50 pm

**Departed USPS Regional Facility**
LAS VEGAS NV DISTRIBUTION CENTER
October 20, 2024, 7:54 pm

**Arrived at USPS Regional Origin Facility**
LAS VEGAS NV DISTRIBUTION CENTER

Feedback

Exhibit A, Page 1

October 20, 2024, 3:56 am

- **Departed USPS Regional Facility**
  LAS VEGAS NV PACKAGE SORTING CENTER
  October 19, 2024, 11:24 pm

- **Arrived at USPS Regional Facility**
  LAS VEGAS NV PACKAGE SORTING CENTER
  October 19, 2024, 10:08 pm

- **Shipping Label Created, USPS Awaiting Item**
  SAINT GEORGE, UT 84790
  October 18, 2024, 2:01 pm

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Exhibit A, Page 2**

Department of Defense Manpower Data Center

Results as of : Nov-21-2024 11:25:40 AM EST

SCRA 5.23



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-7962 |
| Birth Date: | Sep-XX-1975 |
| Last Name: | BUNDY |
| First Name: | AMMON |
| Middle Name: | EDWARD |
| Status As Of: | Nov-21-2024 |
| Certificate ID: | 3XMRYLL8YW663JY |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

Exhibit B

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Exhibit B