Erik F. Stidham (Idaho State Bar #5483) (Admitted pro hac vice)
Robert A. Faucher (Idaho State Bar #4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID  83702-5974
Telephone: (208) 342-5000
Email:  efstidham@hollandhart.com
  rfaucher@hollandhart.com

Engels Tejeda (11427)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Email:  ejtejeda@hollandhart.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re: <br><br> AMMON EDWARD BUNDY, <br><br> Debtor. | Bankruptcy Case No.:  24-23530 WTT <br> Chapter 7 <br><br> Honorable William T. Thurman |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD., <br> ST. LUKE'S REGIONAL MEDICAL <br>    CENTER,LTD., CHRIS ROTH, NATASHA <br>    D. ERICKSON, M.D., and <br> TRACY W. JUNGMAN, NP, <br><br> Plaintiffs, <br> v. <br><br> AMMON EDWARD BUNDY, <br><br> Defendant. | Adversary Proceeding <br> No.:  24-02130 |

**DEFAULT JUDGMENT**

The Court, having reviewed the Application for Entry of Default Judgment (the "Application") filed by Plaintiffs St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP (collectively "Plaintiffs" or "St. Luke's Parties"), hereby finds that:

1. On August 29, 2023, the District Court of the Fourth Judicial District of the State of Idaho, County of ADA (the "State Court"), entered a judgment against Amon Bundy (the "Debtor") and in favor of the St. Luke's Parties in the amount of $51,875,000.00 (the "Claim") in State Court Case No. CV01-22-06789 for the Debtor's dissemination of defamatory statements about the St. Luke's Credtiors;

2. On October 15, 2024, the St. Luke's Parties initiated the above-captioned adversary seeking to except the Claim from the discharge under 11 U.S.C. § 727 in the above-captioned case pursuant to 11 U.S.C. § 523(a)(6) (the "Adversary Proceeding");

3. On October 18, 2024, the St. Luke's Parties effected service of process of their Complaint and corresponding summons in the Adversary Proceeding on the Debtor;

4. Debtor failed to timely answer or otherwise respond to the Complaint filed in the Adversary Proceeding;

5. On November 22, 2024, the clerk of the Court properly entered a default certificate against the Debtor in the Adversary Proceeding;

On January 8, 2025, the Court held a hearing on the Application. During the hearing, the Court made its findings of fact and conclusions of law, which the Court incorporates by this reference. Based on the findings of fact and conclusions of law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

A.   The Application is GRANTED;

B.   The Claim is not subject to the discharge under the Bankruptcy Code because it is a debt for willful and malicious injury by the Debtor to the St. Luke's Parties within the meaning of pursuant to 11 U.S.C. § 523(a)(6).

--- END OF DOCUMENT ---

## DESIGNATION OF PARTIES TO RECEIVE NOTICE OF JUDGMENT

Service of the foregoing Default Judgment shall be served upon the parties in the manner designated below:

By Electronic Service: I certify that the parties of record in this case, as identified below, are registered CM/ECF Users:

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

Erik F. Stidham (Idaho Bar No. 5483)
Robert A. Faucher (Idaho Bar No. 4745)
Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey
HOLLAND & HART LLP
efstidham@hollandhart.com
rfaucher@hollandhart.com
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

By U.S. Mail: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmoney, UT 84757

                                                 */s/Erik F. Stidham*
                                                 Erik F. Stidham
                                                 of Holland & Hart LLP