**This judgment is SIGNED.**

**Dated: January 31, 2025**

*William T. Thurman*
**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



---

Erik F. Stidham (Admitted pro hac vice)
Robert A. Faucher (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
EFStidham@HollandHart.com
RFaucher@HollandHart.com
*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

Darren G. Reid (11163)
Engels Tejeda (11427)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
DGReid@HollandHart.com
EJTejeda@HollandHart.com

| | |
|---|---|
| In re:<br>AMMON EDWARD BUNDY,<br>　　　Debtor. | Bankruptcy Case No.: 24-23530 WTT<br>Chapter 7<br>Honorable William T. Thurman |
| ST. LUKE'S HEALTH SYSTEM, LTD., ST. LUKE'S REGIONAL MEDICAL CENTER, LTD., CHRIS ROTH, NATASHA D. ERICKSON, M.D., and TRACY W. JUNGMAN, NP,<br>　　　Plaintiffs,<br>v.<br>AMMON EDWARD BUNDY,<br>　　　Defendant. | Adversary Proceeding<br>No.: 24-02130 |

### DEFAULT JUDGMENT

The Court, having reviewed the Motion for Entry of Default Judgment (the "Motion"), Dkt. No. 10, filed by Plaintiffs St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP (collectively

1

"St. Luke's Parties"), hereby finds that:

1. On August 29, 2023, the District Court of the Fourth Judicial District of the State of Idaho, County of ADA (the "State Court"), entered a judgment against Ammon Bundy (the "Debtor") and in favor of the St. Luke's Parties in the total amount of $51,875,000.00 (the "Claim") in State Court Case No. CV01-22-06789 for, among other things, the Debtor's dissemination of defamatory statements about the St. Luke's Parties;

2. On October 15, 2024, the St. Luke's Parties initiated timely the above-captioned adversary seeking to except the Claim from the discharge under 11 U.S.C. § 727 pursuant to 11 U.S.C. § 523(a)(6) (the "Adversary Proceeding");

3. On October 18, 2024, the St. Luke's Parties effected service of process of their Complaint and corresponding summons in the Adversary Proceeding on the Debtor;

4. The Debtor failed to timely answer or otherwise respond to the Complaint filed in the Adversary Proceeding;

5. On November 22, 2024, the clerk of the Court properly entered a default certificate against the Debtor in the Adversary Proceeding;

6. On January 8, 2025, the Court held a hearing on the Motion, during which the Court made its findings of fact and conclusions of law, all of which are incorporated by this reference;

7. Based on the foregoing, the uncontested facts pleaded in the Complaint, declarations and papers submitted with the Motion, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

A. The Motion is GRANTED; and,

   B. The Claim is not subject to the discharge under the Bankruptcy Code because it is a debt for willful and malicious injury by the Debtor to the St. Luke's Parties within the meaning of 11 U.S.C. § 523(a)(6).

--- END OF DOCUMENT ---

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2025, I served a copy of the foregoing proposed judgment via email to:

- Debtor Ammon E. Bundy at aebundy@bundyfarms.com

- Chapter 7 Trustee Mark C. Rose at trustee@mbt-law.com

- Chapter 7 Trustee's Counsel, Jeffrey Trousdale at jtrousdale@cohnekinghorn.com

- U.S. Trustee at USTPRegion19.SK.ECF@usdoj.gov

and via First Class Mail, U.S. Postage prepaid to:

Ammon E. Bundy  
896 E 400 S  
New Harmony, UT 84757

Ammon E. Bundy  
P.O. Box 1062  
Cedar City, UT 84721

      I further certify that as of the date of this filing, January 22, 2025, I have not received any objections or responses to the proposed Order from the Debtor or any other party.

      */s/ Erik F. Stidham*  
      Erik F. Stidham

**DESIGNATION OF PARTIES TO BE SERVED**

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| | |
|---|---|
| Mark C. Rose<br>McKay, Burton & Thurman, P.C. | trustee@mbt-law.com |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| Darren G. Reid | dgreid@hollandhart.com |
| Engels Tejeda | ejtejeda@hollandhart.com |
| Benjamin D. Passey | bdpassey@hollandhart.com |
| Erik F. Stidham | efstidham@hollandhart.com |
| Robert A. Faucher<br>Holland & Hart LLP | rfaucher@hollandhart.com |
| George b. Hofmann | ghofmann@ck.law |
| Jeffrey Trousdale at | jtrousdale@cohnekinghorn.com |

**By U.S. Mail / Electronic Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

**By U.S. First Class Mail – postage prepaid:**

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon E. Bundy
896 E 400 S
New Harmony, UT 84757

Dated: January 22, 2025.

                                              */s/ Erik F. Stidham*
                                              Erik F. Stidham

34012516_v1