Case 24-02130  Doc 23  Filed 03/06/25  Entered 03/06/25 15:01:15  Desc Main
Document      Page 1 of 3

**This order is SIGNED.**

**Dated: March 6, 2025**



**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



mm

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>　　Debtor. | Bankruptcy No. 24-23530 WTT<br><br>Chapter 7<br><br>Hon. William T. Thurman |
| St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP<br><br>　　Plaintiffs,<br><br>v.<br><br>Ammon Edward Bundy,<br><br>　　Defendant. | Adversary Proceeding No. 24-02130<br><br>Hon. William T. Thurman |

**AMENDED ORDER TO SHOW CAUSE AS TO WHY DEFENDANT'S MOTION TO RECONSIDER SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Pursuant to Local Rule 7041-1(b) of the Local Rules of Practice of the United States Bankruptcy Court for the District of Utah (the "Local Rules") and this Court's inherent authority to manage its calendar, this Court herby orders the Defendant to show cause as to why his

Motion to Reconsider Default Judgment & Non-Discharge (the "Motion") should not be dismissed for lack of prosecution. Defendant filed his Motion on February 10, 2025 at Dkt. 17. Plaintiffs filed a Memorandum in Opposition on February 21, 2025 at Dkt. 20.

On February 12, 2025, this Court entered an "Order Requiring Defendant to Set Motion to Reconsider Default Judgment & Non-Discharge (Docket 17) For Hearing" at Dkt. 18. Defendant has not requested a hearing on his Motion and has therefore not complied with that Order and with Local Rule 9013-1(d). Local Rule 9013-1(d) states that "[t]he movant shall obtain and set an appropriate hearing date with the court scheduling clerk . . . A Notice of Motion and Notice of Hearing shall be filed in original form only together with a certificate of service evidencing compliance with the applicable service requirements."

Accordingly, this Court therefore ORDERS Defendant to, within fourteen (14) calendar days, either (1) file a document which sets forth cause as to why Defendant has not complied with Local Rule 9013-1(d), or (2) set his Motion to Reconsider Default Judgment & Non-Discharge (Dkt. 17) for hearing. If after fourteen (14) calendar days Defendant has not complied with this Order, the Court shall dismiss Defendant's Motion. Defendant may contact the Scheduling Line with the Clerk's Office to schedule a hearing at 801-524-6687.

The Court hereby sets this Order to Show Cause for a hearing at 10:30am MST on March 20, 2025. The Court may also consider Defendant's Motion at that time.

The Court's Hearing Information is: ZoomGov.com/join, Meeting ID: 160 7523 8590, Passcode: 9626637, Phone 1-669-254-5252.

END OF ORDER

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **AMENDED ORDER TO SHOW CAUSE AS TO WHY DEFENDANT'S MOTION TO RECONSIDER SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** shall be served to the parties and in the manner designated below.

**By Electronic Service:**

- Mark C. Rose, McKay, Burton & Thurman, P.C.

    trustee@mbt-law.com; UT32@ecfbis.com

- David W. Newman & Matthew J. Burne, U.S. Department of Justice, US Trustee

    david.w.newman@usdoj.gov; matthew.burne@usdoj.gov;

    james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov;

    rachelle.d.hughes@usdoj.gov; Brittany.dewitt@usoj.gov

    USTPRegion19.SK.ECF@usdoj.gov

- George B. Hofmann & Jeffrey L. Trousdale
    ghofmann@ck.law; mparks@ck.law; jtrousdale@ck.law

- Engels Tejeda, Benjamin David Passey, Darren G. Reid, Jennifer M. Jensen, Erik F. Stidham
    ejtejeda@hollandhart.com; bdpassey@hollandhart.com;
    dgreid@hollandhart.com; jmjensen@hollandhart.com;
    efstidham@hollandhart.com

**By Manual Notice:**

- Ammon Edward Bundy

    P.O. Box 1062, Cedar City, UT 84720-1062

    896 E 400 S, New Harmony, UT 84757