**This order is SIGNED.**

**Dated: March 20, 2025**

 

**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

mm

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>AMMON EDWARD BUNDY,<br>    Debtor. | Bankruptcy No. 24-23530 WTT<br>Chapter 7<br>Hon. William T. Thurman |
| St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP<br>    Plaintiffs,<br>v.<br>Ammon Edward Bundy,<br>    Defendant. | Adversary Proceeding No. 24-02130<br>Hon. William T. Thurman |

**ORDER GRANTING DEFENDANT'S MOTION TO VACATE DEFAULT CERTIFICATE AND JUDGMENT**

Before the Court is Defendant Ammon E. Bundy's ("Defendant's") Motion to Vacate Default Judgment (the "Motion"). Defendant's Motion pertains to a default judgment entered by this Court on January 31, 2025 at Dkt. 15 (the "Default Judgment").

Defendant filed his Motion on February 10, 2025 at Dkt. 17. The St. Luke's Plaintiffs filed a Memorandum in Opposition on February 21, 2025 at Dkt. 20. This Court conducted a hearing on Defendant's Motion on March 20, 2025, where the Court heard arguments from Defendant,

Plaintiffs, the Chapter 7 Trustee, and the U.S. Trustee. Appearing for Plaintiffs were Mr. Erik Stidham and Mr. Engels Tejeda. Appearing on behalf of the U.S. Trustee was Mr. Matthew Burne. Appearing on behalf of the Chapter 7 Trustee was Mr. Jeffrey Trousdale. Mr. Bundy appeared on behalf of himself.

After duly considering the briefs and arguments presented, this Court made its findings and conclusions on the record which are incorporated herein. Based on the same, the Court determines the following.

1. Notice of Defendant's Motion and this hearing was adequate and proper.
2. This Court has jurisdiction over this matter under 28 U.S.C. § 157.
3. Based on the parties' briefs and arguments presented at the hearing, good cause exists under Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55 to set aside the Default Certificate of November 22, 2024 (Dkt. 9) and the entry of the Default Judgment of January 31, 2025 (Dkt. 15).

Therefore, this Court ORDERS that the Default Certificate entered on November 22, 2024 (Dkt. 9) and the Default Judgment entered on January 31, 2025 (Dkt. 15) are VACATED.

**Designation of Parties to be Served**

**Electronic Mail Notice List:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jennifer M Jensen**  jmjensen@hollandhart.com
- **Benjamin David Passey**  bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**  dgreid@hollandhart.com, cfries@hollandhart.com
- **Erik F. Stidham**  efstidham@hollandhart.com, dljenkins@hollandhart.com; boiseintaketeam@hollandhart.com
- **Engels Tejeda**  ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com; jjbutton@hollandhart.com

**Manual Notice List:**

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721.