**[Form 255]** [Ntc of IPTC/Ord Fixing Date of Flng Rpt]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>    Ammon Edward Bundy<br>              Debtor(s).<br><br>St. Luke's Health System, Ltd. et al.<br>              Plaintiff(s),<br><br>    v.<br><br>Ammon Edward Bundy<br><br>              Defendant(s). | Case No. 24–23530 WTT<br>Chapter 7<br><br><br><br><br><br>Adv. Proc. No. 24–02130 |

## ORDER SETTING (1) DEADLINE TO FILE REPORT OF PARTIES' PLANNING MEETING AND FED. R. BANKR. P. 7007.1 STATEMENT, AND (2) SCHEDULING INITIAL PRETRIAL CONFERENCE

Pursuant to Fed. R. Civ. P. 16(a), made applicable to the above–captioned proceeding by Fed. R. Bankr. P. 7016 and Local Rule 7016–1,

   **IT IS HEREBY ORDERED** that:

1. The parties must confer as required under Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026 and Local Rule 7016–1(b), and prepare a Report of Parties' Planning Meeting in a form that substantially complies with Local Form 7016–1.

2. The parties must file the Report of Parties' Planning Meeting on or before **May 6, 2025**.

3. The parties must have complied with Fed. R. Bankr. P. 7007.1, if applicable, prior to the scheduled Initial Pretrial Conference.

4. The Court will conduct an Initial Pretrial Conference on **May 15, 2025** at **02:00 PM (Mountain Time)**. **This meeting is by Zoom. Go to, ZoomGov.com/join or call 1+(669)254–5252, Enter Meeting ID 160 7523 8590, Passcode 9626637**. The Court may strike the Conference if the Report of the Parties' Planning Meeting is timely filed.

5. Failure to comply with this Order may result in the Court imposing sanctions and/or fees and costs under Fed. R. Civ. P. 16(f), made applicable to this proceeding by Fed. R. Bankr. P. 7016, without further notice or hearing.

Dated and Entered on: March 20, 2025

*William J. Thurman*

United States Bankruptcy Judge