Submitting Attorney (Utah State Bar No.)  Engels Tejeda (11427)

Address  222 S. Main Street, Suite 2200, Salt Lake City, UT 84101

Telephone No. 801-799-5800

Facsimile No. (Optional) 801-799-5700

E-Mail Address (Recommended) ejtejeda@hollandhart.com

Attorney for  Plaintiffs

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No.  24-23530 |
|---|---|
| Ammon Edward Bundy, Debtor(s). | Chapter  7 |
| St. Luke's Health System, Ltd., et al. Plaintiff(s), v. Ammon Edward Bundy Defendant(s). | Adversary Proceeding No.  24-02130  Hon.  William T. Thurman |
| **REPORT OF PARTIES' PLANNING MEETING** | |

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on  04/24/2025

at  by email             and was attended by:

On April 24, 2025, Plaintiffs' counsel emailed Mr. Bundy to schedule a Rule 26(f) conference. Mr. Bundy replied by email, "Just scheduled [sic] how you want I don't have any need or desire to talk to you." Due to Mr. Bundy's refusal, no Rule 26(f) conference was held. As Mr. Bundy requested, Plaintiffs submit this proposed schedule. No discovery is needed. This proceeding will be resolved based on the record of the underlying trial and legal argument at summary judgment. If the Court does not rule at summary judgment, the Parties will meet and confer.

2. **Pre-Discovery Disclosures**. The parties [◯have exchanged] [⦿will exchange]

by 05/26/2025  the information required by Fed. R. Civ. P. 26(a)(1) and Local Rule 7016-1.

3. **Discovery Plan**. The parties jointly propose to the court the following discovery

plan:

    a. Discovery will be needed on the following subjects:
   No discovery is needed or appropriate. Plaintiffs will provide Mr. Bundy with a copy of the trial record. The proceeding should resolve at summary judgment.

    b. Disclosure or discovery of electronically stored information should be handled as follows: Per Federal Rules of Civil Procedure

    c. The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production, as follows:
   The matter is based solely on the underlying trial record. Any privileged or protected material inadvertently produced is subject to claw back upon notice.

    d. All discovery commenced in time to be completed by [ 07/15/2025 ]. Discovery on [ n/a ] to be completed by [ ].

    e. Maximum of  n/a  interrogatories by each party to any other party. [Responses due n/a days after service.]

    f. Maximum of n/a requests for admission by each party to any other party. [Response due n/a days after service.]

    g. Maximum of n/a depositions by plaintiff(s) and n/a by defendant(s).

    h. Each deposition [other than of  n/a  ] limited to maximum of n/a hours unless extended by agreement of parties.

    i. Reports from retained experts under Rule 26(a)(2) due:

    from plaintiff(s) by [ 07/18/2025 ].

    from defendant(s) by [ 08/01/2025 ].

    Supplementations under Rule 26(c) due ____(time(s) or interval(s)).

4.    **Other Items**. [*Use separate paragraphs or subparagraphs as necessary if parties disagree.*]

    a.    The parties [●request] [○do not request] a conference with the court before entry of the scheduling order.

    b.    The parties request a pretrial conference in [    June    ].

    c.    Plaintiff(s) should be allowed until [     ] to join additional parties and until [     ] to amend the pleadings.

    d.    Defendant(s) should be allowed until [     ] to join additional parties and until [     ] to amend the pleadings.

    e.    All potentially dispositive motions should be filed by [ 07/15/2025 ].

    f.    Settlement [○is likely] [●is unlikely] [cannot be evaluated prior to [     ] [may be enhanced by use of the following alternative dispute resolution procedure:

    g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

from plaintiff(s) by [ 09/01/2025 ]

from defendant(s) by [ 09/15/2025 ]

    h.    Parties should have __14__ days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    i.    The case should be ready for trial by [ 10/06/2025 ] [and at this time is expected to take approximately [ 10 days ].

5.    **[Other matters.]**

Date: _____05/06/2025_____