Erik F. Stidham (admitted *pro hac vice*)
Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Email: efstidham@hollandhart.com

Engels Tejeda (#11427)
Ben Passey (#19324)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Email:  ejtejeda@hollandhart.com
          bdpassey@hollandhart.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br><br>AMMON EDWARD BUNDY,<br><br>          Debtor(s), | Bankruptcy Case No. 24−23530 WTT<br><br>Chapter 7<br><br>Honorable William T. Thurman |
| ST. LUKE'S HEALTH SYSTEM, LTD.,<br>ST. LUKE'S REGIONAL MEDICAL CENTER, LTD.,<br>CHRIS ROTH, NATASHA D. ERICKSON, M.D., and<br>TRACY W. JUNGMAN, NP,<br><br>          Plaintiffs,<br><br>     v.<br><br>AMMON EDWARD BUNDY,<br><br>          Defendant. | Adversary Proceeding No. 24-02130 |

## RULE 7001.1 CORPORATE DISCLOSURE STATEMENT

St. Luke's Health System, Ltd. ("St. Luke's HS"), St. Luke's Regional Medical Center, Ltd. ("St. Luke's RMC"), Chris Roth ("Mr. Roth"), Natasha D. Erickson, M.D. ("Dr. Erickson"), and Tracy W. Jungman, N.P. ("NP Jungman") (collectively "Plaintiffs" or the "St. Luke's Creditors") hereby submit this Corporate Disclosure Statement on behalf of St. Luke's HS and St. Luke's RMC in compliance with Federal Rule of Bankruptcy Procedure 7001.1.

**St. Luke's HS and St. Luke's RMC hereby declare as follows:** St. Luke's HS is the sole parent corporation of St. Luke's RMC. No third-party corporation owns 10% or more of either entities' stock as they are not-for-profit corporations.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 6th day of May, 2024.

HOLLAND & HART LLP

By: */s/ Erik F. Stidham*_____
    Erik F. Stidham, of the firm

HOLLAND & HART LLP

By: */s/ Engels J. Tejeda*_____
    Darren G. Reid, of the firm
    Engels J. Tejeda, of the firm
    *Attorneys for the St. Luke's Creditors*

34802158_v1

-1-