**This order is SIGNED.**

**Dated: May 16, 2025**



**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**



mm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>　　　　　　　　　Debtor. | Bankruptcy Number: 24-23530<br><br>Chapter 7 |
| St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Ammon Edward Bundy,<br><br>　　　　　　　　　Defendant. | Adversary Proceeding Number: 24-02130<br><br>Judge William T. Thurman |

## ORDER SETTING DATES AND DEADLINES

The Court held an Initial Pretrial Conference on May 15, 2025, where it set the following dates, times, and deadlines on the record. The dates, times, and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause. Pursuant thereto,

**IT IS HEREBY ORDERED** that:

1. **PRE-DISCOVERY DISCLOSURES**: Fed. R. Civ. P. 26(a)(1) and Fed. R. Bankr. P. 7026 completion date: May 26, 2025.

2. **DISCOVERY PLAN**: The fact discovery cut-off date in this adversary proceeding is July 15, 2025.  All discovery, including responses to discovery requests, must be completed by such date.  Discovery requests shall be served sufficiently in advance to require responses to such requests to have been served and filed by such date.  The parties are directed to the Local Rules, including Rule 7026-1, for their application.  Discovery motions, including motions to compel or for sanctions under Fed. R. Civ. P. 37 and Fed. R. Bankr. P. 7037, and motions for extension of the discovery deadline, shall be filed sufficiently in advance of the discovery cut-off date to allow compliance with the date.

3. **LIMITATIONS ON DISCOVERY**:  The following limitations on discovery have been fixed by the Court.

    a. Maximum interrogatories by any party to any party, with responses due thirty calendar days after service:  10

    b. Maximum requests for admissions by any party to any party, with responses due thirty calendar days after service:  10

    c. Maximum requests for production of documents by any party to any party, with responses due thirty calendar days after service:  10

    d. Maximum number of depositions by plaintiff(s):  5

    e. Maximum number of depositions by defendant(s):  5

    f. Each deposition shall be limited to a maximum of eight hours unless extended by agreement of the parties.

    g. Deadline for Fed. R. Civ. P. 26(a)(2) reports from retained experts, if needed:

        i. Plaintiffs' report(s) due by July 18, 2025.

        ii. Defendant's report(s) due by July 18, 2025.

    h. Supplementations under Fed. R. Civ. P. 26(e) and Fed. R. Bankr. P. 7026 are due thirty (30) days before trial.

4. **MOTION DEADLINE**: The deadline for amending pleadings by Plaintiffs and by Defendant is July 15, 2025.  The deadline for filing dispositive or potentially dispositive motions is July 15, 2025.

5. **PARTIES' PLANNING CONFERENCE**: Counsel for the Plaintiffs and the Defendant *pro-se* shall hold a conference to discuss settlement, a proposed pretrial order, stipulated

facts, exhibit lists, witness lists, and other matters that will aid in the preparation of an accurate, complete and definitive pretrial order. This conference may occur telephonically and shall be held on or before August 31, 2025.

6. **OPTIONAL SETTLEMENT CONFERENCE**: If the parties desire, they may request a hearing before the Honorable William T. Thurman to discuss settlement. The parties should be prepared to seriously discuss settlement at this hearing and have clients with settlement authority present for discussion. The Court will not act as a mediator and will not opine on the merits of the case. To schedule an optional settlement conference hearing, the parties should contact Judge Thurman's Courtroom Deputy at 801-524-6583.

7. **PRETRIAL ORDER**: The parties shall file a proposed pretrial order on or before September 4, 2025. Plaintiffs' counsel shall take the lead in drafting the proposed pretrial order that shall be presented for discussion at the parties' planning conference. (*See* paragraph 5). If Plaintiffs and Defendant are unable to agree upon a proposed pretrial order, the matter will be resolved by the Court at the final pretrial conference. If no agreement as to the proposed pretrial order has been reached, Plaintiffs' counsel and the Defendant shall nevertheless each file on the required date a proposed pretrial order which shall be accompanied by a statement explaining and arguing the areas of disagreement.

    Failure of Plaintiffs' counsel or the Defendant to timely file either a proposed stipulated pretrial order or a proposed pretrial order and an explanation as to the failure to stipulate shall result in the dismissal of the adversary proceeding, unless the Court grants relief for cause shown. If the Defendant fails to stipulate to the proposed pretrial order timely filed by the Plaintiffs and fails to timely file his own explanation and argument with respect to shortcomings in the proposed pretrial order, the proposed order, unless modified by the Court to prevent manifest injustice, shall control the course of the trial.

8. **FINAL PRETRIAL CONFERENCE**: A final pretrial conference shall be held on September 18, 2025, at 2:00 PM (MST) before the Honorable William T. Thurman, United States Bankruptcy Judge. This Final Pretrial Conference shall be held by videoconference through the Court's Zoomgov login credentials: www.zoomgov.com; Meeting ID 160 7523 8590; Passcode: 9626637.[1] Parties wishing to participate in hearings before the Honorable William T. Thurman should log in at least ten (10) minutes before the scheduled date and time for the hearing.

    At the Final Pretrial Conference, the Court will set deadlines and issue an order for the following items:

    a. Trial date;

    b. Trial briefs;

---

[1] For more information and a direct link, please visit the Court's website at: https://www.utb.uscourts.gov

    c. Proposed findings and conclusions required pursuant to Local Rule 7052-1; and

    d. Witness and exhibits lists.

9. The parties shall consult the Local Rules of this Court with respect to motion practice, their additional planning conference, the content of the proposed pretrial order, the filing of proposed findings and conclusions in a trial, and other matters appropriate to the litigation. In the event of conflict between any Local Rule and this order, this order shall control.

10. **NON-COMPLIANCE WITH SCHEDULING ORDER:** Failure to comply with the deadlines set forth in this **Order Setting Dates and Deadlines** may result in appropriate sanctions pursuant to Fed. R. Civ. P. 16(f)(1)[2], including the following: striking pleadings, staying further proceedings until the order is obeyed, dismissing the action, or rendering default judgment against the disobedient party. *See* Fed. R. Civ. P. 37(b)(2)(A).[3] The Court may impose such sanctions without further notice or hearing.

If the parties cannot meet a deadline or agree to extend deadlines, the parties must take appropriate action to request an extension from the Court prior to the expiration of the deadlines set forth in this Order.

END OF DOCUMENT

---

[2] As made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 7016.
[3] As made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 7037.

## DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER

Service of the foregoing **Order Setting Dates and Deadlines** shall be served on the parties in the manner designated below:

**Electronic Mail Notice List:**

- **Jennifer M Jensen**   jmjensen@hollandhart.com
- **Benjamin David Passey**   bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**   dgreid@hollandhart.com, cfries@hollandhart.com
- **Erik F. Stidham**   efstidham@hollandhart.com, dljenkins@hollandhart.com; boiseintaketeam@hollandhart.com
- **Engels Tejeda**   ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com; jjbutton@hollandhart.com

**Manual Notice List**:

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721