Erik F. Stidham (ISB #5483) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID  83702-5974
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Email:  efstidham@hollandhart.com

Engels Tejeda (11427)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
Email:  ejtejeda@hollandhart.com

*Attorneys for Plaintiffs St. Luke's Health System, Ltd.,
St. Luke's Regional Medical Center, Ltd., Chris Roth,
Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re: <br><br> AMMON EDWARD BUNDY, <br><br> Debtor. | Bankruptcy Case No.: 24-23530 WTT <br> Chapter 7 <br><br> Honorable William T. Thurman |
| ST. LUKE'S HEALTH SYSTEM, LTD., <br> ST. LUKE'S REGIONAL MEDICAL CENTER, LTD., CHRIS ROTH, NATASHA D. ERICKSON, M.D., and TRACY W. JUNGMAN, NP, <br><br> Plaintiffs, <br><br> v. <br><br> AMMON EDWARD BUNDY, <br><br> Defendant. | Adversary Proceeding <br> No.: 24-02130 |

**Notice of Summary Judgment Motion and Notice of Hearing**

**Objection Deadline: June 16, 2025**

**Hearing Date: July 15, 2025 at 2:00 p.m. Mountain Time**

PLEASE TAKE NOTICE that the St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP (collectively, "St. Luke's Creditors"), by and through their counsel, Holland & Hart LLP, have filed with the United States Bankruptcy Court of the District of Utah a Motion for Summary Judgment (the "Motion") in the above-captioned Adversary Proceeding.

**YOUR RIGHTS MAY BE AFFECTED. You should read the Motion and this Notice of Hearing carefully and discuss them with your attorney, if you have one in this bankruptcy case or adversary proceeding. If you do not have an attorney, you may wish to consult one.**

The Motion asks the Court to enter summary judgment that the $51,928,306.20 judgement (the "Judgment") that the Fourth Judicial District Court of Idaho, County of Ada (the "Idaho Court") entered on or about May 11, 2022 in case no. CV01-22-06789 in favor of the St. Luke's Creditors and against Debtor Ammon Edward Bundy ("Debtor Bundy"), is excepted from the discharge under 11 U.S.C. § 523(a)(6). If the Court grants the Motion, then Debtor Bundy will be liable for the Judgment despite having filed a petition for relief under Chapter 7 of the Bankruptcy Code.

A copy of the Motion was served herewith. Additionally, the Motion is on file with the Court and you can obtain a copy of the Motion through the Clerk's office or by contacting the attorneys for the St. Luke's Creditors at the addresses, emails or telephone numbers indicated above.

2

**If you do not want the Court to grant the relief requested in the Motions, then you or your attorney must take the following two steps:**

(1) On or before **June 16, 2025 (the "Objection Deadline")**, file with the Bankruptcy Court a written Objection to the Motion explaining your position at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101
(if mailed)

or

United States Bankruptcy Court
Orrin G. Hatch U.S. Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101
(if delivered in person)

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court **on or before the Objection Deadline**. You must also mail a copy to the undersigned counsel at:

HOLLAND & HART LLP
Attn: Erik F. Stidham
222 S. Main Street, Suite 2200, Salt Lake City, UT 84101
Email: efstidham@hollandhart.com

(2) You must also attend the hearing on **Tuesday, July 15, 2025 at 2:00 p.m. (the "Hearing"),** before the Honorable William T. Thurman. The Hearing will be held via Zoom at ZoomGov.com/join Meeting ID: 160 7523 8590 Passcode: 9626637, Phone No. 1-669-254-5252. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding participation at a hearing.

Failure to attend the Hearing could be deemed a waiver of your objection. If you or your attorney do not appear at the Hearing, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order grating the Motion.

DATED this 23rd day of May, 2025.

                HOLLAND & HART LLP

                */s/ Engels Tejeda*
                Engels Tejeda (11427)
                Erik F. Stidham (Admitted pro hac vice)

                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

U.S. Trustee – trusttee@mbt-law.com

A copy of the foregoing was also mailed by overnight UPS and United States First Class Mail, postage thereon fully prepaid, to the judgment debtor, this 23rd day of May, 2025, addressed as follows:

By U.S. First Class Mail with postage prepaid to:

Ammon E. Bundy
P.O. Box 1062
Cedar City, UT 84721

By UPS Overnight Courier to:

Ammon E. Bundy
896 E 400 S
New Harmony, UT 84757

By email to:

Ammon E. Bundy
aebundy@bundyfarms.com

/s/    *Engels J. Tejeda*
Engels J. Tejeda
of Holland & Hart LLP

5