Erik F. Stidham (ISB #5483) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID  83702-5974
Telephone: (208) 342-5000
Email:  efstidham@hollandhart.com

Engels Tejeda (11427)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Email:  ejtejeda@hollandhart.com

*Attorneys for Plaintiffs St. Luke's Health System, Ltd.,
St. Luke's Regional Medical Center, Ltd., Chris Roth,
Natasha Erickson, M.D., and Tracy Jungman, NP*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>    Debtor. | Bankruptcy Case No.:  24-23530 WTT<br>Chapter 7<br><br>Honorable William T. Thurman |
| ST. LUKE'S HEALTH SYSTEM, LTD.,<br>ST. LUKE'S REGIONAL MEDICAL CENTER, LTD.,<br>CHRIS ROTH,<br>NATASHA D. ERICKSON, M.D., and<br>TRACY W. JUNGMAN, NP,<br><br>    Plaintiffs,<br><br>v.<br><br>AMMON EDWARD BUNDY,<br><br>    Defendant. | Adversary Proceeding<br>No.:  24-02130 |

### DECLARATION OF ENGELS TEJEDA IN SUPPORT OF THE JUDGMENT
### EXCEPTING DEBT FROM DISCHARGE

I, Engels Tejeda, declare and state as follows:

1. I am a partner in the Salt Lake City office of Holland & Hart LLP and am duly licensed to practice law in the State of Utah.

2. I am one of the attorneys of record for the plaintiffs identified in the above adversary proceeding caption (collectively, the "St. Luke's Creditors").

3. I make this declaration in support of the St. Luke's Creditors' proposed Judgment Excepting Debt from Discharge, and based all statements on personal knowledge or my review of the documents obtained in this case that are kept in the ordinary course of business and where created by persons whose duties and responsibilities included accurately creating or maintaining such records.

4. On August 29, 2023, the Idaho Fourth Judicial District Court entered a judgment (the "Idaho Judgment") against Defendant Ammon Bundy (the "Debtor") in the case styled *St. Luke's Health System, Ltd. et al. v. Ammon Bundy et al.*, Case No. CV01-22-06789.

5. The Idaho Judgment awarded the following amounts in favor of each of the St. Luke's Creditors and against the Debtor:

    a) St. Luke's Health System, Ltd and St. Luke's Regional Medical Center, Ltd. (jointly, the "Hospital"): $19,125,000.00

    b) Chris Roth: $8,500,000.00

    c) Natasha Erickson, MD: $12,125,000.00

    d) Tracy Jungman, NP: $12,125,000.00

6. The Idaho Judgement further awarded unpaid attorneys' fees and costs against the Debtor in the amount of $13,443.21.

2

7. Pursuant to the Idaho Judgment, interest accrues on all awarded damages at the Idaho statutory rate of 10.250% per annum until paid in full.

8. Through post-judgment collection efforts, the Hospital has collected a total of $2,972,500.00, and Dr. Erickson, NP Jungman, and Mr. Roth have each collected $926.52 on account of the Idaho Judgment against the Debtor. *See* **Exhibit 1**.

9. As of September 25, 2025, and after crediting all amounts collected thus far, the amount owed to each of the St. Luke's Creditors under the Idaho Judgment is:

| Judgment Creditor | Judgement Amount as of Sept. 25, 2025 | Daily Interest Rate (10.250% Annual) |
|---|---|---|
| St. Luke's Health System, Ltd and St. Luke's Reg. Med. Ctr., Ltd. | $20,023,797.84 | $4,953.96 |
| Natasha Erickson, MD | $14,875,468.59 | $3,782.24 |
| Tracy Jungman, NP | $14,875,468.59 | $3,782.24 |
| Chris Roth | $10,427,854.27 | $2,651.39 |
| **Total Due** | **$60,202,589.28** | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of August, 2025.

/s/ *Engels J. Tejeda*
Engels J. Tejeda

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

U.S. Trustee – trusttee@mbt-law.com

A copy of the foregoing was also mailed on August 29, 2025 the following parties in the manner indicated below:

By U.S. First Class Mail with postage prepaid to:

> Ammon E. Bundy
> P.O. Box 1062
> Cedar City, UT 84721

> Ammon E. Bundy
> 896 E 400 S
> New Harmony, UT 84757

By email to:

> Ammon E. Bundy
> aebundy@bundyfarms.com

> /s/ Engels J. Tejeda
> Engels J. Tejeda
> of Holland & Hart LLP

35686432_v1

# EXHIBIT 1

| Judgment Creditor | Judgment Date | 29-Aug-23 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Calculation Date | Days Since Judgment | Amount | Daily Interest Rate | Accrued Interest at 10.250% | Amount Due as of Calculation Date | Amount Collected | Net Amount Due |
| **St. Luke's Medical/Hospital*** | 8/30/2023 | 1 | $19,138,443.21 | $5,374.49 | $5,374.494 | $19,143,817.70 | $0.00 | $19,143,817.70 |
| Harvest Lane | 12/1/2023 | 94 | $19,138,443.21 | $5,374.49 | $505,202.467 | $19,643,645.68 | $772,500.00 | $18,871,145.68 |
| (Dono Custos Shares) | 6/1/2024 | 183 | $18,871,145.68 | $5,299.43 | $969,795.932 | $19,840,941.61 | $200,000.00 | $19,640,941.61 |
| Abish-husbondi shares | 6/1/2024 | | $19,640,941.61 | | $0.000 | $19,640,941.61 | $2,000,000.00 | $17,640,941.61 |
| **Total Due as of Hearing Date** | **9/25/2025** | **481** | **$17,640,941.61** | **$4,953.96** | **$2,382,856.229** | **$20,023,797.84** | **$0.00** | **$20,023,797.84** |
| | | | | | | Total Collected as of 9/25/25 | $2,972,500.00 | |
| | | | | | | | | |
| **Natasha Erickson, MD** | 8/30/2023 | 1 | $12,125,000.00 | $3,404.97 | $3,404.966 | $12,128,404.97 | $0.00 | $12,128,404.97 |
| LBundy's Clarity Credit Union | 5/24/2024 | 269 | $12,125,000.00 | $3,404.97 | $915,935.788 | $13,040,935.79 | $308.16 | $13,040,627.63 |
| Diego Rodriguez's Bank Account | 9/18/2024 | 117 | $13,040,627.63 | $3,662.09 | $428,465.005 | $13,469,092.64 | $618.36 | $13,468,474.28 |
| **Total Due as of Hearing Date** | **9/25/2025** | **372** | **$13,468,474.28** | **$3,782.24** | **$1,406,994.313** | **$14,875,468.59** | **$0.00** | **$14,875,468.59** |
| | | | | | | Total Collected as of 9/25/25 | $926.52 | |
| | | | | | | | | |
| **Tracy Jungman, NP** | 8/30/2023 | 1 | $12,125,000.00 | $3,404.97 | $3,404.966 | $12,128,404.97 | $0.00 | $12,128,404.97 |
| LBundy's Clarity Credit Union | 5/24/2024 | 269 | $12,125,000.00 | $3,404.97 | $915,935.788 | $13,040,935.79 | $308.16 | $13,040,627.63 |
| Diego Rodriguez's Bank Account | 9/18/2024 | 117 | $13,040,627.63 | $3,662.09 | $428,465.005 | $13,469,092.64 | $618.36 | $13,468,474.28 |
| **Total Due as of Hearing Date** | **9/25/2025** | **372** | **$13,468,474.28** | **$3,782.24** | **$1,406,994.313** | **$14,875,468.59** | **$0.00** | **$14,875,468.59** |
| | | | | | | Total Collected as of 9/25/25 | $926.52 | |
| | | | | | | | | |
| **Chris Roth** | 8/30/2023 | 1 | $8,500,000.00 | $2,386.99 | $2,386.986 | $8,502,386.99 | $0.00 | $8,502,386.99 |
| LBundy's Clarity Credit Union | 5/24/2024 | 269 | $8,500,000.00 | $2,386.99 | $642,099.315 | $9,142,099.32 | $308.16 | $9,141,791.16 |
| Diego Rodriguez's Bank Account | 9/18/2024 | 117 | $9,141,791.16 | $2,567.22 | $300,364.193 | $9,442,155.35 | $618.36 | $9,441,536.99 |
| **Total Due as of Hearing Date** | **9/25/2025** | **372** | **$9,441,536.99** | **$2,651.39** | **$986,317.275** | **$10,427,854.27** | **$0.00** | **$10,427,854.27** |
| | | | | | | Total Collected as of 9/25/25 | $926.52 | |
| *St. Luke's original judgment amount includes $13,443.21 in attorneys' fees awarded by Idaho Court | | | | | | **Total Due** | | **$60,202,589.28** |