**This order is SIGNED.**

**Dated: September 25, 2025**





**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

*slo*

Erik F. Stidham (ISB #5483) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID  83702-5974
Telephone: (208) 342-5000
Email:  efstidham@hollandhart.com

Engels Tejeda (#11427)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Email:  ejtejeda@hollandhart.com

*Attorneys for Plaintiffs St. Luke's Health Systems, LTD.,
St. Luke's Regional Medical Center, LTD.,
Chris Roth, Natasha D. Derickson, M.D., and,
Tracy W. Jungman*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re:<br>AMMON EDWARD BUNDY,<br><br>        Debtor. | Bankruptcy Case No.:  24-23530 WTT<br>Chapter 7<br><br>Honorable William T. Thurman |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD.,<br>ST. LUKE'S REGIONAL MEDICAL CENTER, LTD., CHRIS ROTH, NATASHA D. ERICKSON, M.D., and TRACY W. JUNGMAN, NP,<br><br>        Plaintiffs,<br>v.<br>AMMON EDWARD BUNDY,<br><br>        Defendant. | Adversary Proceeding<br>No.:  24-02130 |

**JUDGMENT EXCEPTING DEBT FROM DISCHARGE**

This matter came before the Court on the Motion for Summary Judgment ("Motion"), (Dkt. 36) filed on May 23, 2025 by Plaintiffs St. Luke's Health Systems, LTD., St. Luke's Regional Medical Center, LTD., Chris Roth, Natasha D. Derickson, M.D., and Tracy W. Jungman (collectively, the "St. Luke's Creditors"). On May 20, 2025, Defendant Ammon Edward Bundy (the "Debtor") submitted an Opposition to the Motion (Dkt. 41). On May 23, 2025, Plaintiffs submitted a Reply in Support of the Motion (Dkt. 44). On July 15, 2025, the Court held a hearing on the Motion (the "Hearing") during which the St. Luke's Creditors appeared through counsel and the Debtor appeared *pro se.* At the Hearing, the Court took the parties' arguments and filings under advisement, and on August 5, 2025, the Court granted Plaintiff's Motion as set forth in its Memorandum Decision Granting Summary Judgment (the "Memorandum Decision") (Dkt. 50), which is incorporated by this reference.

Based on the foregoing and the analysis set forth in the Memorandum Decision, judgment is entered in favor of the St. Luke's Creditors and against the Debtor as follows:

1. The debt owed by Defendant Ammon Edward Bundy to the St. Luke's Creditors, as established by the Idaho Judgment entered on August 29, 2023, in *St. Luke's Health System, Ltd. et al. v. Ammon Bundy et al.*, Case No. CV01-22-06789, Idaho Fourth Judicial District Court, is excepted from the discharge pursuant to 11 U.S.C. §523(a)(6).

2. As of September 25, 2025, the Debtor's debt to each Judgment Creditor under the Idaho Judgment that is excepted from the discharge consists of the following amounts, all of which shall accrue interest at the annual rate of 10.250% (or the daily rate indicated in the following table), from the date of this judgment until paid in full:

| Judgment Creditor | Judgement Amount as of Sept. 25, 2025 | Daily Interest Rate (10.250% Annual) |
|---|---|---|
| St. Luke's Health System, Ltd and St. Luke's Reg. Med. Ctr., Ltd. | $20,023,797.84 | $4,953.96 |
| Natasha Erickson, MD | $14,875,468.59 | $3,782.24 |
| Tracy Jungman, NP | $14,875,468.59 | $3,782.24 |
| Chris Roth | $10,427,854.27 | $2,651.39 |
| **Total Due** | **$60,202,589.28** | |

-- END OF JUDGMENT –

## DESIGNATION OF PARTIES TO BE SERVED

The undersigned hereby designates the following parties to be served a copy of the foregoing Judgment Excepting Debt from Discharge:

- **Matthew James Burne** matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Jennifer M Jensen** jmjensen@hollandhart.com
- **David W. Newman tr** david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey** bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid** dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr** trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham** efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Jeffrey L. Trousdale** jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov

By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b):

Ammon E. Bundy
896 E 400 S
New Harmony, UT 84757

Ammon E. Bundy
P.O. Box 1062
Cedar City, UT 84721-0991

                                                 */s/Engels Tejeda*
                                                 Engels Tejeda
                                                 of Holland & Hart LLP

35585197_v3